United States District Court
Southern District of Texas
**ENTERED**
July 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA SMITH, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-21-0524 |
| THE KROGER COMPANY, et al., | § § § | |
| Defendants. | § § | |

## SECOND AMENDED DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. <u>March 16, 2022</u>   MOTIONS TO AMEND THE PLEADINGS

2. <u>March 16, 2022</u>   MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____   MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. <u>March 16, 2022</u>   Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5. <u>May 16, 2022</u>   Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

6. <u>June 17, 2022</u>    COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____    LIMITS ON DISCOVERY
_____
_____
_____.

8. <u>   Required   </u>   MEDIATION or SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9. <u>See paragraph 8.</u>   DISPOSITIVE MOTIONS

10. <u>October 7, 2022</u>   ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE

11. <u>November 4, 2022</u>   JOINT PRETRIAL ORDER  Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order.  The court will not accept separate versions of the pretrial order.

12. <u>November 10, 2022</u>   DOCKET CALL   No instrument filed within
      3:00 P.M.                three days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.


<u>   July 11, 2022   </u>                     _____
         DATE                                      SIM LAKE
                                     SENIOR UNITED STATES DISTRICT JUDGE